United States Courts
Southern District of Texas
FILED

*January 25, 2026*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Delia Garcia**

**CRIMINAL COMPLAINT**

Case Number: C-26-073M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 24, 2026** in **BROOKS** County, in the
(DATE)
Southern District of Texas, defendant, **Delia Garcia**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Bryan Oliva**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant
**Bryan Oliva**
Printed Name of Complainant

SUBMITTED BY RELIABLE ELECTRONIC MEANS, SWORN TO,
SIGNATURE ATTESTED TELEPHONICALLY PER
FED.R.CRIM.P.4.1, AND PROBABLE CAUSE FOUND ON THE:

January 25, 2026                              at        Corpus Christi, Texas
Date                                                      City and State

**Julie K. Hampton U.S. Magistrate Judge**
Name and Title of Judicial Officer                 Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report /affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**

At approximately 10:30 a.m., while conducting traffic observation on U.S. Highway 281 near Encino, Texas Border Patrol Agents observed two vehicles traveling northbound in close proximity, consistent with tandem driving behavior. The black Chrysler 200 passed their location first. Agents observed the female driver, later identified as Delia GARCIA, operating the vehicle in a rigid manner with both hands firmly on the steering wheel. Shortly after, the GMC Yukon passed the Border Patrol Agents location. The driver of the GMC Yukon turned his entire upper body and stared directly at our fully marked Border Patrol unit in an exaggerated and prolonged manner. Based on these observations, Border Patrol Agents entered U.S. Highway 281 to further assess the vehicles' behavior.

As Border Patrol Agents approached the Chrysler 200, GARCIA abruptly reduced her speed and moved into the right lane. The Agents continued traveling in the left lane and passed her vehicle. GARCIA refused to make eye contact with the Agents unit and stared straight ahead. At the same time, the GMC Yukon significantly reduced speed and fell back more than one mile, further indicating coordinated driving behavior. Agents notified DPS that the GMC Yukon appeared to be riding low and was slowing abruptly. An Agent radioed Rio Grande Valley Communications (KAK960) and requested a registration check on the Chrysler 200. While monitoring the vehicle, an Agent queried the license plate and learned that GARCIA had crossed through the Falfurrias Checkpoint multiple times and returned toward the Rio Grande Valley within approximately thirty minutes to one hour, a travel pattern consistent with alien smuggling activity. Agents reduced their speed to approximately 65 mph to allow the Chrysler to pass their unit. Despite several vehicles passing the Agents unit, GARCIA refused to pass and remained behind the Agents unit for several miles. After approximately five miles, Garcia finally passed the Agents unit while continuing to avoid any eye contact. Based on the totality of circumstances including tandem driving indicators, abnormal driving behavior, checkpoint travel patterns, and evasive actions, Agents suspected GARCIA was involved in alien smuggling or acting as a scout vehicle.

Border Patrol Agents notified KAK960 of their intent to conduct a vehicle stop and initiated a stop on U.S. Highway 281 near FM 755. Upon approach, Agents observed GARCIA in the driver's seat and two small children seated in the rear of the vehicle. GARCIA was asked for identification and her travel plans. GARCIA presented a Texas Driver's License and stated she was traveling to San Antonio to meet a friend and claimed the children in the back seat were hers. Due to her abnormal travel patterns through the Falfurrias Checkpoint and inconsistent driving behavior, Agents asked GARCIA if there was anything illegal in the vehicle. GARCIA replied, "No."

Agents then asked Garcia for consent to inspect the trunk area of the vehicle. Garcia provided verbal consent, stating "yes." Agents opened the trunk and observed a large amount of clutter consisting of miscellaneous items, including a wheelchair. While inspecting the contents, Agents observed what appeared to be a human leg partially concealed among the items. Agents then asked GARCIA if they could move the wheelchair. Garcia replied, "Yes, you can," in a subdued and defeated tone. Agents discovered one individual, later identified as Mario AMABLE was concealed inside the trunk area beneath the wheelchair and miscellaneous items, which prevented him from exiting the vehicle on his own in the event of an emergency.

GARCIA was immediately advised that she was under arrest for Alien Smuggling. AMABLE was removed from the trunk area, detained, and questioned regarding his immigration status. AMABLE admitted to being illegally present in the United States.

### MIRANDA RIGHTS (Delia Gacia):

GARCIA, DELIA was read her Miranda rights in her preferred language of English. GARCIA, DELIA stated that she understood her rights and was willing to make a statement without the presence of an attorney.

### STATEMENT (Delia Garcia):

The following is a non-verbatim synopsis of GARCIA, DELIA interview.

GARCIA, DELIA stated that she was on her way to Houston, Tx to drop off her boyfriend (AMABLE, Mario). GARCIA, DELIA stated that they were struggling with money and her boyfriend (AMABLE) was going north to work on a horse track to help her pay the bills. GARCIA stated that they both knew the risk they were taking. GARCIA stated that they've known each other for a couple of years but recently have been in a relationship for a year. GARCIA stated that before they left her house (AMABLE) got in the trunk of her car and covered himself with blankets. GARCIA stated when she saw the Border Patrol units pull up behind her that is when they closed the back seat to conceal him (AMABLE).

### MIRANDA RIGHTS (Material Witness):

AMABLE, Mario was read his Miranda Rights in the preferred language of Spanish by Border Patrol Agents. AMABLE stated that he understood his rights and was willing to make a statement without the presence of an attorney.

### STATEMENT (Material Witness):

The following is a non-verbatim synopsis of AMABLE, Mario interview.

AMABLE stated he was deported 7 months ago and stayed in Reynosa, Mexico. AMABLE stated that he paid 3,500 USD to cross the river with a guide. AMABLE stated he was working at a ranch on Monte Cristo and Mal Verde taking care of horses. AMABLE stated she (GARCIA) was going to Houston, Tx to stay a couple of days and he was going to Louisiana to work at a horse track. AMABLE stated that they've know each other for a couple of years but recently have been in a relationship for a year. AMABLE stated that they both knew the risk they were taking. AMABLE stated that they stopped at a Stripes before heading to the Falfurrias Border Patrol Checkpoint so he can get in the trunk of the car and cover himself with blankets.

**DISPOSITION:**
The facts of this case were presented to the United States Attorney's Office who accepted Delia GARCIA for prosecution of 8 USC 1324, Alien Smuggling. Mario AMABLE will be held as a material witness in this case.

Bryan Oliva
Border Patrol Agent

Submitted by reliable electronic means, sworn to signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day January 25, 2026.

Julie K. Hampton
United States Magistrate Judge